**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Design Line Cabinets, Inc.,

Plaintiff,

vs.

Roadway Express, Inc.,

Defendant.

Civ. No. 00-81 (MJD/RLE)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

The above captioned parties, through their respective undersigned counsel, hereby stipulate and agree that the Plaintiff's Complaint may be dismissed with prejudice with each party incurring its own costs.

Date: March 13, 2000

By: Dawn M. Parsons
Dawn M. Parsons (184937)
Attorney for Plaintiff
5200 West 73rd Street
Edina, MN 55439
(612) 844-9929

Date: March 9, 2000

KALINA, WILLS, GISVOLD
& CLARK, P.L.L.P.

By: [signature]
Andrew R. Clark (1705X)
Attorneys for Defendant
941 Hillwind Road N.E., Suite 200
Minneapolis, MN 55432
(612) 789-9000

MAR 16 2000

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# ORDER

The above entitled matter is before the Court on foregoing Stipulation of Dismissal with Prejudice executed by counsel for all parties. The Court has considered all the pleadings, records and the stipulation herein and based on the same,

IT IS THEREFORE ORDERED, that the stipulation of dismissal with prejudice is granted.

Date: 3-16-00

BY THE COURT:

Michael J. Davis

Judge of the District Court

I:\HOME\COMLIT\ROADWAY.EXP\STIP-DIS.ORD